**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00337-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

WILLIAM L. WALTERS,

     Defendant.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

The matter before me is the **Plaintiff's Motion To Administratively Close Case Pending Service of Process on Defendant** [#14] filed July 8, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be administratively closed. Any party my seek to re-open the case on a showing of good cause.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Plaintiff's Motion To Administratively Close Case Pending Service of Process on Defendant** [#14] filed July 8, 2009, is **GRANTED**; and

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated July 8, 2009, at Denver, Colorado.

                                                    BY THE COURT:

                                                    */s/ Bob Blackburn*
                                                    Robert E. Blackburn
                                                    United States District Judge