**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 09-cv-00337-REB-MEH

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.

WILLIAM L. WALTERS,

      Defendant.

---

**ORDER OF DISMISSAL**

---

**Blackburn, J.**

      The matter before me is the plaintiff's **Notice of Voluntary Dismissal** [#16][1] filed

May 14, 2015.  After careful review of the notice and the file, I conclude that the notice

should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Voluntary Dismissal** is approved; and

      2.  That this action is dismissed with prejudice.

      Dated May 15, 2015, at Denver, Colorado.

                             **BY THE COURT:**

                             Robert E. Blackburn
                             United States District Judge

---

      [1]  "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.